UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ERIC SHIELDS,                    )
                                 )
         Plaintiff,              )
                                 )
    v.                           )    No. 4:08-CV-736-TIA
                                 )
CITY HALL, et al.,,              )
                                 )
         Defendants.             )

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 9th day of June, 2008

                              /s/ Jean C. Hamilton
                              **UNITED STATES DISTRICT JUDGE**